Michele L. Braukmann
W. Anderson Forsythe
Afton Ball
MOULTON BELLINGHAM PC
Suite 1900, Crowne Plaza
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Michele.Braukmann@moultonbellingham.com
Andy.Forsythe@moultonbellingham.com
Afton.Ball@moultonbellingham.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HARDY CONSTRUCTION CO., a Montana Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　-vs-<br><br>BITUMINOUS CASUALTY CORPORATION,<br><br>　　　　　　　　Defendant. | Case No. CV 14-142-BLG-SPW-CSO<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(A)(1)(A)(II)** |

IT IS HEREBY STIPULATED AND AGREED by and through the undersigned attorneys for Plaintiff Hardy Construction Co. and the

Defendant and Counterclaimant herein, Bituminous Casualty Corporation, and pursuant to F.R.C.P. 41(a)(1)(A)(ii) and 41(c), the above-captioned action shall be dismissed <u>without prejudice</u> as to Plaintiff's claims against Defendant and Defendant's claims against Plaintiff.  The Parties agree that neither will attempt to offer into evidence during the course of any later proceedings and/or trial, the fact of this dismissal.

IT IS FURTHER STIPULATED that each party shall bear its own costs and fees.

Pursuant to L.R. 11.2(a), all signers below are registered ECF users and consent to the filing of this Stipulation.

**DATED** this 6th day of May, 2015.

          MOULTON BELLINGHAM PC


          By  /s/ Afton E. Ball
            W. ANDERSON FORSYTHE
            MICHELE L. BRAUKMANN
            AFTON E. BALL
            Suite 1900, Crowne Plaza
            P.O. Box 2559
            Billings, MT 59103-2559
         ATTORNEYS FOR PLAINTIFF

TOURTLOTTE LAW FIRM, PLLC

By:    /s/ Mathew I. Tourtlotte
      Matthew I. Tourtlotte
      P.O. Box 50939
      Billings, MT  59105
      (406) 252-3441
      (406) 259-4159 (fax)
      matt@tourtlottefirm.com
ATTORNEYS FOR DEFENDANT

BATESCAREY LLP

By:    /s/ Bonny S. Garcha
      Bonny S. Garcha
      191 North Wacker, Ste 2400
      Chicago, IL  60606
      (312) 762-3264
      (312) 762-3200 (fax)
      bgarcha@BatesCarey.com
ATTORNEYS FOR DEFENDANT

4836-0009-0147, v.  1